UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

AARON TRUMLEY,
    Defendant.

Case: 4:21−cr−20680
Assigned To : Leitman, Matthew F.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 11/5/2021

## INFORMATION

**The United States Attorney Charges:**

### COUNT ONE
18 U.S.C. §922(g)(1); Felon in Possession of Firearm

On or about June 6, 2019, in the Eastern District of Michigan, AARON TRUMLEY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm, that is, a Troy Defense 5.56 x 45 millimeter, semiautomatic rifle, in violation of Title 18, United States Code Section §922(g)(1).

### FORFEITURE ALLEGATION
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461. Upon conviction of the offense charged in Count One of this Information, AARON TRUMLEY shall forfeit to the

United States, any firearm and ammunition involved in or used in any knowing violation of section 922 including but not limited to:

- 9 mm handgun with no make, manufacturer or serial number;
- 45 caliber handgun with no make, manufacturer or serial number;
- Two CBC, model Mossberg International 715T, .22 caliber rifles, serial numbers ELK3555642 and ELJ3518747;
- Troy Defense model Troy Carbine, 5.56 x 45 mm semiautomatic rifle, serial number GJJ73131540;
- Smith & Wesson, model M&P shield 9, 9mm semi-automatic handgun, serial number HMZ78791;
- Strum, Ruger, & Company Inc. model SR9c, 9mm semi-automatic pistol, serial number 336-67374;
- North American Arms, .22 caliber revolver, serial number C25345;
- Barska scope, serial number AC10634;
- Sightmark scope, serial number 203509;
- Agency Arms/Glock 26 compatible threaded barrel, serial number MLG26T;
- two homemade silencers with no serial numbers;
- two Glock conversion devices;
- 13 ammunition clips;
- 2,994 rounds of .22 caliber ammunition;
- 289 rounds of 9 mm ammunition;
- 289 rounds of .45 caliber ammunition;
- 1,400 rounds of .223 caliber ammunition.

Dated: November 5, 2021

SAIMA S. MOHSIN
Acting United States Attorney

*/s/ Nancy A. Abraham*
NANCY A. ABRAHAM (P42060)
Assistant United States Attorney
600 Church Street, 2nd Floor
Flint, MI  48502
(810) 766-5177

*/s/ Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes        X No | **AUSA's Initials:** NAA |

**Case Title:** USA v. AARON TRUMLEY

**County where offense occurred:** Genesee County

**Check One:** X Felony    ☐ Misdemeanor    ☐ Petty

    \_\_\_\_\_Indictment/\_\_X\_Information --- **no** prior complaint.
    \_\_\_\_\_Indictment/_____Information --- based upon prior complaint [Case number:]
    \_\_\_\_\_Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: November 5, 2021

    s/NANCY A. ABRAHAM
    Nancy A. Abraham.
    Assistant United States Attorney
    600 Church Street, Flint, MI 48502
    Phone:  810-766-5177
    E-Mail address: nancy.abraham@usdoj.gov
    Attorney Bar #:  P-42060

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.