UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 21-cr-20680
Hon. Matthew F. Leitman

AARON TRUMLEY,

    Defendant.

_____/

### ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION (ECF No. 22)

On December 11, 2024, Defendant Aaron Trumley filed a Motion for Early Termination of Probation (ECF No. 22.)  The Government does not oppose the motion. (*See* Resp., ECF No. 23.)  For the reasons stated in the motion and response, Defendant's Motion for Early Termination of Probation (ECF No. 22) is **GRANTED**.

    IT IS SO ORDERED.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2024

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126